UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Maurice Lemar Green,

        Plaintiff,

v.

Ramsey County Jail, ADC, Health Services, Contract Pharmacy Services, and Medical Staff and Management,

        Defendants.

Civil No. 22-cv-2257 (PJS/DJF)

ORDER ON REPORT
AND RECOMMENDATION

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge Dulce J. Foster. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (ECF No. [5]) is **ADOPTED**; and
2. Plaintiff's Complaint (ECF No. [1]) is **DISMISSED WITHOUT PREJUDICE**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 13, 2022

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge